**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1127**

CHRISTOPHER EUGENE BUCKNER,

        Plaintiff - Appellant,

    v.

UNITED PARCEL SERVICE, INCORPORATED,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, Chief District Judge.  (5:16-cv-00644-D)

Submitted:  May 25, 2017                  Decided:  May 30, 2017

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher Eugene Buckner, Appellant Pro Se.  Susan Ballantine Molony, ALSTON & BIRD, LLP, Charlotte, North Carolina; Glenn G. Patton, ALSTON & BIRD, LLP, Atlanta, Georgia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Eugene Buckner appeals the district court's order dismissing his complaint against his former employer. We have reviewed the record and find no reversible error. *See Union Carbide Corp. v. Richards*, 721 F.3d 307, 314-15 (4th Cir. 2013); *Foy v. Giant Food Inc.*, 298 F.3d 284, 287-88 (4th Cir. 2002). Accordingly, we affirm for the reasons stated by the district court. *Buckner v. United Parcel Serv.*, No. 5:16-cv-00644-D (E.D.N.C. Oct. 6, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*